

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00040-CR

## IN RE WILLIAM CHARLES WEBB

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-675-C2**

**Original Proceeding**

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on February 11, 2022, is denied.[1]

STEVE SMITH
Justice

---

[1] Webb has already been appointed counsel to pursue a Chapter 64 motion for DNA testing and, therefore, is not entitled to a ruling on his pro se Chapter 64 motion.  To compel such a ruling would be in derogation of the prohibition on hybrid representation.

Before Chief Justice Gray,
      Justice Smith,
      and Justice Wright[2]
Petition denied
Opinion delivered and filed February 23, 2022
Do not publish
[OT06]



---

[2] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.

In re Webb                                                                                          Page 2